Keith M. Gregory, Bar No. 117837
kgregory@swlaw.com
Aliya L. Astaphan, Bar No. 340162
aastaphan@swlaw.com
SNELL & WILMER L.L.P.
350 South Grand Avenue,
Suite 3100
City National 2CAL
Los Angeles, California 90071
Telephone:  213.929.2500
Facsimile:   213.929.2525

John J. Dabney (*pro hac vice*)
jdabney@swlaw.com
Morgan R. Povinelli (*pro hac vice*)
mpovinelli@swlaw.com
SNELL & WILMER L.L.P.
2001 K St. N.W., Suite 425 North
Washington, D.C. 20006
Telephone:  202.908.4261
Facsimile:   202.688.2201

Attorneys for Plaintiffs and Counter-
Defendants DEMICOM, INC. and AUTEC
POWER, INC., and for Third-Party Defendant
MOSHE COHEN (incorrectly spelled
"COCHEN" in the Counterclaim)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMICOM, INC., a California corporation; AUTEC POWER, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> VENCIENT BARNES, an individual; JOHN DUAH, an individual; and MARK BOOTH, an individual; AUTEC POWER, INC., a Texas corporation <br><br> Defendants. | Case No. 2:23-cv-09273-MRA-JPR <br><br> **DECLARATION OF KEITH M. GREGORY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |
| AUTEC POWER, INC., a Texas corporation, <br><br> Counterclaimant, <br><br> v. | |

SNELL & WILMER
L.L.P.
LAW OFFICES
350 SOUTH GRAND AVENUE
SUITE 3100
CITY NATIONAL 2CAL
LOS ANGELES, CALIFORNIA 90071

DEMICOM, INC., a California corporation;
AUTEC POWER, INC., a California
corporation,

               Counter-Defendants,

   and

MOSHE COCHEN, an individual,

               Third-Party Defendant.

I, Keith M. Gregory, hereby declare, affirm, and state the following:

1.     I am over the age of 18 and am competent to testify in this matter.

2.     I am a partner in the law firm Snell & Wilmer L.L.P. and am counsel for Plaintiffs Demicom, Inc. and Autec Power, Inc. and Third-Party Defendant Moshe Cohen (collectively, "Plaintiffs") in this matter.

3.     I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, I can and will testify to these facts in a court of law.

4.     John J. Dabney is a partner at Snell & Wilmer L.L.P. and has been a member of the District of Columbia Bar since January 6, 2003. Prior to that, he was a member of the New York Bar beginning in 1997. He is admitted to practice before the Court in this case *pro hac vice*. Mr. Dabney has obtained numerous accolades and recognition for his work as a trademark litigation attorney, including consistently being ranked as a top trademark litigator in the country by The Best Lawyers in America® (2016-2024), Washington, DC Super Lawyers® (2013-2024), and World Trademark Review 1000 (2011-2024), among others. Mr. Dabney's hourly rate is $895.00. Mr. Dabney uses a lower hourly rate in this proceeding of $795.00. In connection with Plaintiffs' Motion to Compel, Mr. Dabney billed 41.2 hours, amounting to $32,753.55. In connection with this motion for attorneys' fees, Mr. Dabney billed approximately 5 hours, amounting to $3,975.

5.     I am a partner at Snell & Wilmer L.L.P. and the Co-Chair of the commercial litigation group in California. I have been a member of the California

DECLARATION OF KEITH M. GREGORY
IN SUPPORT OF PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES

Bar since June 11, 1985. I have obtained numerous accolades and recognition for my work as a commercial litigation attorney, including consistently being ranked as a top commercial litigator in the country by The Best Lawyers in America® (2022-2025) and receiving the Legal Visionary Award by the Los Angeles Times B2B Business of Law Magazine (2022), among others. My hourly rate is $825.00. I use a lower hourly rate in this proceeding of $795.00. In connection with Plaintiffs' Motion to Compel, I billed 7 hours, amounting to $5,565.00. In connection with this motion for attorneys' fees, I billed approximately 1 hour, amounting to $795.00.

6.      Morgan R. Povinelli is an associate at Snell & Wilmer L.L.P. and has been a member of the District of Columbia Bar since November 10, 2022. She is admitted to practice before the Court in this case *pro hac vice*. Ms. Povinelli is a member of the firm's intellectual property group. Ms. Povinelli obtained her J.D. from The George Washington University Law School, where she graduated with Honors in 2022. Ms. Povinelli's hourly rate is $450.00, which is also the rate she uses in this proceeding. In connection with Plaintiffs' Motion to Compel, Ms. Povinelli billed 62.4 hours, amounting to $28,080.00. In connection with this motion for attorneys' fees, Ms. Povinelli billed approximately 15 hours, amounting to $6,750.00.

7.      Attached hereto as **<u>Exhibit A</u>** is a true and correct specific breakdown of Snell & Wilmer's hours expended and billed to obtain compliance with Plaintiffs' discovery requests. These entries were pulled directly from Snell & Wilmer's invoices and future invoices to Plaintiffs.

8.      I anticipate that Snell and Wilmer will bill approximately 10 hours preparing a reply, if Defendant timely opposes this Motion, at a blended hourly rate of $680, and totaling an additional $6800.00 for preparing its reply.

9.      Based on my experience practicing and being a leader in commercial litigation in Los Angeles for over 35 years, I am very familiar with the hourly rates for attorneys in Southern California. The above hourly billing rates are reasonable

DECLARATION OF KEITH M. GREGORY
IN SUPPORT OF PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES

within the prevailing market rate for commercial and intellectual property litigation attorneys in the Los Angeles region.

10.    The hours expended to obtain compliance from Defendant Autec Power, Inc. with Plaintiffs' discovery requests, including preparing Plaintiffs' Motion to Compel and supporting documents and Plaintiffs' Reply to Defendant's untimely Opposition, as well as the time spent attempting to meet and confer with Defendant on its deficient discovery responses, revising Plaintiffs' joint stipulation on its Motion to Compel into a regularly noticed motion due to Defendant's failure to provide its portion, and drafting a reply to Defendant's response to the Court's Order to Show Cause to correct numerous false statements therein, were necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 8, 2024, 2024, at Los Angeles, CA.

_____
Keith M. Gregory

DECLARATION OF KEITH M. GREGORY
IN SUPPORT OF PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES