UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMICOM, INC., a California corporation; AUTEC POWER, INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>VENCIENT BARNES, an individual; JOHN DUAH, an individual; and MARK BOOTH, an individual; AUTEC POWER, INC., a Texas corporation<br><br>        Defendants. | Case No. 2:23-cv-09273-MRA-JPR<br><br>**ORDER GRANTING PLAINTIFFS' ATTORNEY'S FEES** |
| AUTEC POWER, INC., a Texas corporation,<br><br>        Counterclaimant,<br><br>v.<br><br>DEMICOM, INC., a California corporation; AUTEC POWER, INC., a California corporation,<br><br>       Counter-Defendants,<br><br>  and<br><br>MOSHE COCHEN, an individual,<br><br>       Third-Party Defendant. | |

1. The Court, having reviewed Plaintiffs Demicom, Inc. and Autec Power, Inc.'s (collectively, "Plaintiffs") proof of reasonable attorney's fees incurred due to Defendants Autec Power, Inc., Vencient Barnes, and John Duah's breach of the parties' Settlement Agreement (Dkt. No. 111), finds Plaintiffs' attorney's fees incurred reasonable and, pursuant to the Court's Final Judgment Order (Dkt. No. 110 ¶¶ 12, 14) and the terms of the parties' Settlement Agreement (*see id.* at 2), hereby orders that:

No later than 14 days from the date of this order, Defendants Autec Power, Inc., Vencient Barnes, and John Duah, jointly and severally, shall pay $13,210.20 to Plaintiffs.

**IT IS SO ORDERED.**

Dated: August 18, 2025

_____
Honorable Mónica Ramírez Almadani
United States District Judge